<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-2085**

EUGENE JAMISON, SR.,

Plaintiff - Appellant,

versus

FEDERAL COMMUNICATIONS COMMISSION,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   J. Frederick Motz, District Judge. (CA-05-2311-JFM)

Submitted: May 18, 2006                          Decided: May 25, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Eugene Jamison, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene Jamison, Sr., appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jamison v. Federal Commc'n Comm'n</u>, No. CA-05-2311-JFM (D. Md. Aug. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>